MENKES FEUER, INC., Respondent, *v.* PEOPLES BANK OF JOHNS-TOWN, Appellant, et al., Defendants.

Argued March 7, 1945; decided April 12, 1945.

*Alfred D. Dennison* for appellant.
*Herman S. Axelrod* for respondent.

Judgment affirmed, with costs. The question of statutory construction argued in the briefs is not presented upon this record. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.